# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Suzanne West, Jeremy McMillan, and Ivan Herrera, as representatives of a class of similarly situated persons, and on behalf of the BOK Financial 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BOKF, NA; The Retirement Plan Committee of BOKF, NA; and Cavanal Hill Investment Management, Inc.,<br><br>Defendants. | Case No. 4:20-cv-00101-JED-FHM<br><br><br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY CHRISTOPHER T. SMITH** |

Pursuant to rule LCvR 83.2(g) of the Local Court Rules in the United States District Court for the Western District of Oklahoma, Mark Hammons, a member in good standing of the Bar of the State of Oklahoma and the United States District Court for the Northern District of Oklahoma, moves for the admission of Christopher T. Smith to this Court for the purpose of representing Plaintiff in the above-captioned matter, and states as follows:

1. Christopher T. Smith is an attorney at Nichols Kaster, PLLP. Mr. Smith is a member in good standing of the Bar of the State of Minnesota. His business address is 4600 IDS Center, 80 S. Eighth Street, Minneapolis, MN 55402. His business telephone number is (612) 256-3200, and his email is tsmith@nka.com.

2. Mark Hammons will continue to represent Plaintiff as local counsel if this motion is granted.

1

3.	In accordance with this Court's fee schedule, a fifty dollar ($50) filing fee for admission will be paid for the admission of Mr. Smith to this Court within 48 hours after this document is filed electronically.

4.	Mr. Smith has completed a Request for Admission Pro Hac Vice (attached hereto as Exhibit 1).

**WHEREFORE**, Plaintiff respectfully requests that Christopher T. Smith be admitted to practice before this Court *Pro Hac Vice* for the purpose of appearing as counsel for the Plaintiffs in the above-referenced proceeding in accordance with the Rules of this Court.

Respectfully submitted this 17th day of March 2020.

          **HAMMONS, HURST & ASSOCIATES**
s/Mark Hammons
Mark E. Hammons, Sr., OK Bar No. 3784
325 Dean A. McGee Ave.
Oklahoma City, OK  73102
Telephone: 405-235-6100
Facsimile: 405-235-6111
amberashby@hammonslaw.com

**NICHOLS KASTER, PLLP**
Kai H. Richter, MN Bar No. 0296545*
Paul J. Lukas, MN Bar No. 22084X*
Brock J. Specht, MN Bar No. 0388343*
Benjamin J. Bauer, MN Bar No. 0348853*
Christopher Theophillus Smith, MN Bar No. 0401091*
    * *pro hac vice* application forthcoming
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
lukas@nka.com
bspecht@nka.com
bbauer@nka.com
tsmith@nka.com

ATTORNEYS FOR PLAINTIFFS