# EXHIBIT E

# MAP Target 2020 Fund

As of 12/31/2019

## Investment Objective

The fund seeks to maximize return with limited volatility. The funds invests in active and passive management portfolios that includes a weighting of fixed income and equity investments. As the fund gets closer to its target date, its allocation will shift toward less aggressive investments - such as bonds and money markets instruments.

## Broad Allocation

Portfolio Date: 12/31/2019



|  | % |
|---|---|
| Fixed Income & Cons Alts | 46.3 |
| Equities & Growth Alts | 53.7 |
| **Total** | **100.0** |

## Strategy Information

| | |
|---|---|
| Manager Name | Management Team |
| Manager Tenure (Longest) | 15.00 |
| Net Assets | 131,757,735.00 |
| Inception Date | 1/14/2005 |
| Net Expense Ratio | 0.74 |
| Gross Expense Ratio | 0.77 |
| Turnover Ratio % | 11.00 |
| # of Holdings | 29 |

## Top Holdings

| | Portfolio Weighting % | Total Ret YTD |
|---|---|---|
| Vanguard Interm-Term Bond Index I | 11.77 | 10.20 |
| Metropolitan West Total Return Bd I | 11.23 | 9.09 |
| Vanguard Institutional Index Instl Pl | 11.10 | 31.48 |
| PIMCO Income Instl | 9.61 | 8.05 |
| Vanguard Developed Markets Index Instl | 6.04 | 22.14 |
| Vanguard Value Index I | 5.38 | 25.83 |
| Federated Instl High Yield Bond R6 | 4.16 | 14.98 |
| Cavanal Hill Bond Institutional | 4.14 | 7.46 |
| American Funds Europacific Growth R6 | 4.07 | 27.40 |
| Vanguard Growth Index Institutional | 4.07 | 37.26 |
| Dodge & Cox International Stock | 3.74 | 22.78 |
| Vanguard Mid Cap Index Institutional | 3.66 | 31.04 |
| Invesco Oppenheimer Developing Mkts R6 | 3.08 | 24.53 |

## Detailed Allocation

Portfolio Date: 12/31/2019



|  | % |
|---|---|
| Domestic Equity | 37.6 |
| Core Bond | 38.0 |
| International Equity | 12.9 |
| Alternatives | 4.9 |
| High Yield | 4.2 |
| Global Bond | 2.4 |
| **Total** | **100.0** |

## Growth of $10,000 investment

Time Period: 1/1/2015 to 12/31/2019



## Trailing Returns (%)



| | 3 Mo | YTD | 1 Yr | 3 Yr | 5 Yr | 10 Yr |
|---|---|---|---|---|---|---|
| MAP Target 2020 Fund | 4.72 | 18.96 | 18.96 | 8.80 | 6.01 | 7.29 |
| S&P Target Date 2020 TR USD | 4.19 | 16.52 | 16.52 | 8.00 | 6.16 | 7.55 |
| US Fund Target-Date 2020 | 3.90 | 16.18 | 16.18 | 7.54 | 5.39 | 6.64 |

## Calendar Year Returns (%)



| | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|
| MAP Target 2020 Fund | 18.96 | -5.44 | 14.49 | 6.17 | -2.09 | 5.67 | 11.59 |
| S&P Target Date 2020 TR USD | 16.52 | -4.16 | 12.80 | 7.22 | -0.19 | 5.67 | 14.76 |
| US Fund Target-Date 2020 | 16.18 | -4.59 | 12.19 | 6.24 | -1.60 | 4.72 | 11.59 |

## Disclosures

BOK Financial Corporation (BOKF) offers wealth management and trust services through various affiliate companies and non-bank subsidiaries including advisory services offered by BOKF, NA and its subsidiaries BOK Financial Asset Management, Inc. and Cavanal Hill Investment Management, Inc. each an SEC registered investment adviser. BOKF offers additional investment services and products through its subsidiary BOK Financial Securities, Inc., a broker/dealer, member FINRA/SIPC, and an SEC registered investment adviser and BOK Financial Private Wealth, Inc., also an SEC registered investment adviser.

The information contained in this strategy overview is intended to be for informational purposes only. This summary contains data that is derived from Morningstar, HFRI indexes and other publicly available sources unless otherwise noted. Though BOK Financial utilizes third party resources that are deemed to be reliable, BOK Financial is not responsible for any data or other errors made by the source. Investments are not insured by the FDIC and are not guaranteed by BOKF, NA or any of its affiliates. Investments are subject to risks, including the possible loss of the principal amount invested.

The Managed Allocation Portfolios are collective trust funds that are maintained by BOKF, NA. They are not mutual funds and their units are not registered with the SEC or regulatory authorities in any state or other jurisdiction. The funds are not guaranteed by BOKF, NA or affiliates, the FDIC or any other government agency. The unit value of the funds will fluctuate and investors may lose money.

© 2019 BOK Financial Corporation. Services provided by BOKF, NA, Member FDIC. BOKF, NA is the banking subsidiary of BOK Financial Corporation. This report should not be distributed without the attached disclosures, and is considered incomplete if the disclosures are not attached.

**EXHIBIT E**

Source: Morningstar Direct