# EXHIBIT F

Release Date: 12-31-2019

# T. Rowe Price Ret Hybrid 2040 Tr-T4

| | | | |
|---|---|---|---|
| **Benchmark** | **Overall Morningstar Rating™** | **Morningstar Return** | **Morningstar Risk** |
| S&P Target Date 2040 TR USD | ★★★★★ | High | Above Average |

Out of 206 Target-Date 2040 investments. An investment's overall Morningstar Rating, based on its risk-adjusted return, is a weighted average of its applicable 3-, 5-, and 10-year Ratings. See disclosure page for details.

## Investment Information

**Investment Objective & Strategy** from investment's prospectus

The Trust seeks to provide the highest total return over time consistent with an emphasis on both capital growth and income. The Trust invests in underlying commingled T. Rowe Price Trusts, each one emphasizing a different market sector. Over time, the Trust's allocation to bonds will increase and its allocation to stocks will decrease. The Trust will reach its final most conservative allocation of approximately 20% stocks 30 years after reaching its target date.

**Fees and Expenses** as of 04-30-19

| | |
|---|---|
| Expense Ratio | 0.42 % |
| Total Annual Operating Exp per $1000 | $ 4.20 |
| Maximum Sales Charge | — |
| 12b-1 Fee | — |
| Redemption Fee/Term | — |

**Portfolio Manager(s)**

Jerome A. Clark, CFA (1999). B.S., United States Naval Academy. M.S., Naval Postgraduate School. M.B.A., Johns Hopkins University.

Wyatt A. Lee, CFA. M.B.A., University of Washington 1998. B.S., Vanderbilt University 1993.

**Operations and Management**

| | |
|---|---|
| Fund Inception Date | 01-06-09 |
| Management Company | T. Rowe Price |
| Telephone | 410-345-2000 |
| Web Site | www.troweprice.com |
| Issuer | T. Rowe Price |

**Category Description: Target-Date 2040**

Target-date portfolios provide diversified exposure to stocks, bonds, and cash for those investors who have a specific date in mind (in this case, the years 2036-2040) for retirement. These portfolios aim to provide investors with an optimal level of return and risk, based solely on the target date. Management adjusts the allocation among asset classes to more-conservative mixes as the target date approaches, following a preset glide path. A target-date portfolio is part of a series of funds offering multiple retirement dates to investors.

## Volatility And Risk

| Low | Moderate ▼ Investment | High |
|---|---|---|
| | ▲ Category | |

**Best 3 Month Return**
29.39%
(Mar '09 - May '09)

**Worst 3 Month Return**
-16.02%
(Jul '11 - Sep '11)

## Allocation of Assets



% Allocation: Bonds, U.S. Stocks, Non-U.S. Stocks, Cash, Other

Years Until Retirement

Target-date investment options typically invest in other investments and are designed for investors who plan to retire near the target date year. A Target-date investment's objective/strategy typically becomes more conservative over time primarily by reducing its allocation to equity investments and increasing its allocations in fixed-income investments. An investor's principal value in a target-date investment option is not guaranteed at any time, including at the investment's target date.

**Performance** as of 12-31-19

| YTD | 1 Year | 3 Year | 5 Year | 10 Year | Since Inception | |
|---|---|---|---|---|---|---|
| 25.15 | 25.15 | 12.31 | 9.03 | 10.41 | 12.10 | Investment Return % |
| 23.37 | 23.37 | 10.73 | 8.11 | 9.45 | 10.60 | Benchmark Return % |
| 23.19 | 23.19 | 10.70 | 7.57 | 8.89 | 10.21 | Category Average % |
| — | — | ★★★★★ | ★★★★★ | ★★★★★ | — | Morningstar Rating™ |
| — | — | 206 | 164 | 95 | — | # of Funds in Category |

The performance data quoted reflects past performance and is calculated according to Morningstar's methodology. For new share classes of an investment, the performance reflected for periods prior to the inception date of such class may have been calculated using the historical returns of the original share class, and in such cases is displayed in italics. The historical returns of the original share class are adjusted to reflect differences in fees when the newer share class has higher fees than the oldest share class but are not adjusted when the newer class has lower fees. Past performance does not guarantee future results. The investment return and principal value of an investment will fluctuate so that an investor's shares, when redeemed, may be worth more or less than their original cost. Current performance may be lower than the performance data quoted. For the most recent month end performance information, please call 1-800-922-9945, or visit rps.troweprice.com.

## Portfolio Analysis

**Composition** as of 12-31-19

| | % Assets |
|---|---|
| ● U.S. Stocks | 56.3 |
| ● Non-U.S. Stocks | 28.3 |
| ● Bonds | 12.8 |
| ● Cash | 2.1 |
| ● Other | 0.5 |

**Morningstar Style Box™**



Equity (as of 12-31-19): Large Blend
Fixed Income (as of 12-31-19): Med Ext

**Top 5 Holdings** as of 12-31-19

| | % Assets |
|---|---|
| T. Rowe Price U.S. Equities Tr | 57.92 |
| T. Rowe Price Non-US Equities Tr | 26.42 |
| T. Rowe Price Fixed Income Tr | 6.04 |
| T. Rowe Price U.S. Treasury Lng-Tm Tr-Z | 2.18 |
| T. Rowe Price International Bond Tr-Z | 2.01 |
| | |
| Total Number of Holdings | 11 |
| Turnover Ratio % | 11.80 |
| Total Assets ($mil) | 69.81 |

**Morningstar Equity Super Sectors** as of 12-31-19

| | % Fund |
|---|---|
| ↷ Cyclical | 35.99 |
| ⤳ Sensitive | 40.05 |
| → Defensive | 23.96 |

**Principal Risks** For more information on the risks presented, please refer to https://www2.troweprice.com/rms/rps/Marketing/Assets/OAAU130-RISK.pdf

Credit and Counterparty, Foreign Securities, Loss of Money, Not FDIC Insured, Interest Rate, Equity Securities, Restricted/Illiquid Securities, Management, Target Date, Small Cap, Mid-Cap

---

T4I    ©2020 Morningstar, Inc., Morningstar Investment Profiles™ 312-696-6000. All rights reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of information. Past performance is no guarantee of future performance. Visit our investment website at www.morningstar.com.    

EXHIBIT F