# EXHIBIT G

# FIAM Blend Target Date

ASSET ALLOCATION

FACT SHEET   DECEMBER 31, 2019

## KEY FACTS

| | |
|---|---|
| Inception date: | Oct 31, 2007[1] |
| Benchmark: | Custom Blend |
| Total FIAM Target Date assets (USD) | $41.2 B |

[1] Inception of FIAM Target Date composite.

## PORTFOLIO MANAGEMENT

| | Industry Experience Since | Firm Experience Since |
|---|---|---|
| Andrew Dierdorf | 1994 | 2005 |
| Brett Sumsion | 2001 | 2014 |

## CONTACT INFORMATION

Chris Danehy
Vice President, Institutional Analysis
401-292-4972
chris.danehy@fmr.com

| INDICATION OF PRICING (%) | MGMT FEE |
|---|---|
| $0M–$300M | 0.32 |
| $300M–$500M | 0.30 |
| $500M–$1,00M | 0.26 |
| $1,00M–$3,000M | 0.24 |
| $3,000M–$5,000M | 0.21 |
| $5,000M–$7,000M | 0.20 |
| >$7,000M | 0.18 |

*Additional fees may apply.

## OBJECTIVE

Seeks active return until the target retirement date. Thereafter, the objective is capital preservation.

## INVESTMENT APPROACH

The pool employs a pool-of-affiliated pools approach by investing in a diversified portfolio of equity, fixed income and/or short-term products managed by FIAM. Each pool's target asset allocation percentages will change over time to become more conservative, by gradually reducing allocations to equity and increasing allocations to fixed income and/or short-term products.

## FIAM BLEND TARGET DATE GLIDEPATH



For illustrative purposes only. Actual allocations for the FIAM Target Date commingled pools will vary from this approximate illustration and may change over time.

The glide path depicted represents a revised asset allocation strategy effective May 30, 2019, the full implementation of which is expected within 12 months.