**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) Suzanne West,<br>(2) Alesia Garver, and<br>(3) Ivan Herrera,<br>as representatives of a class of similarly situated persons, and on behalf of the BOK Financial 401(k) Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) BOKF, NA; and<br>(2) The Retirement Plan Committee of BOKF, NA;<br><br>    Defendants. | Case No. 4:20-cv-00101-CVE-SH<br><br>**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

**TO: DEFENDANTS AND THEIR COUNSEL OF RECORD**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Suzanne West, Alesia Garver, and Ivan Herrera ("Plaintiffs") hereby accept the Offer of Judgment served by Defendants BOKF, NA and The Retirement Plan Committee of BOKF, NA ("Defendants") on October 20, 2022. A copy of Defendants' Offer of Judgment is attached as Exhibit A hereto.

Dated: October 25, 2022

**NICHOLS KASTER, PLLP**

*/s/ Brock J. Specht*
Paul J. Lukas, MN#22084X*
Brock J. Specht, MN#0388343*
Ben Bauer, MN#0398853*
4700 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
bbauer@nka.com
   *appearing *pro hac vice*

1

-and-

HAMMONS, HURST & ASSOCIATES
Mark E. Hammons, Sr. OK Bar No. 3784
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
Telephone: 405-235-6100
Facsimile: 405-23506111
mark@hammonslaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2022, I caused the foregoing Plaintiffs' Notice of Acceptance of Offer of Judgment to be sent to Defendants' attorneys of record by first-class USPS mail and electronic mail at the following address:

David W. Leimbach
FREDERIC DORWART, LAWYERS PLLC
Old City Hall Building
124 East Fourth Street
Tulsa, Oklahoma 74103

Dated:  October 25, 2022                        */s/ Brock J. Specht*
                                                       Brock J. Specht

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) Suzanne West,<br>(2) Alesia Garver, and<br>(3) Ivan Herrera,<br><br>    Plaintiffs,<br><br>v.<br><br>(1) BOKF, N.A.; and<br>(2) The Retirement Plan Committee of BOKF, N.A.,<br><br>    Defendants. | Case No. 4:20-cv-00101-CVE-SH |

**OFFER OF JUDGMENT**

**TO:**   Plaintiffs Suzanne West, Alesia Garver, and Ivan Herrera (the "**Named Plaintiffs**"), c/o Brock Specht and Ben Bauer, NICHOLS KASTER PLLP, 4700 IDS Center, 80 South 8th Street, Minneapolis, MN 55402

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants BOKF, NA and The Retirement Plan Committee of BOKF, NA ("**Defendants**") hereby offer to allow judgment to be taken against them on the following terms.

1. Defendants, without admitting liability, offer to allow judgment to be entered against them, jointly and severally, in favor of each of the three Named Plaintiffs in the amount of ten thousand dollars ($10,000.00), for an aggregate total judgment of thirty thousand dollars ($30,000.00).

2. This offer is made to fully and finally resolve all claims asserted against Defendants in this action, including all claims for attorneys' fees and costs of suit.

3. This offer is conditioned on acceptance of the offer by all of the Named Plaintiffs.

4.  To accept this offer, the Named Plaintiffs must serve written notice of acceptance within fourteen (14) days of the date this offer is made.

5.  This offer of judgment is not an admission of liability. It is made for the purposes specified in Federal Rule of Civil Procedure 68 and shall not be construed as an admission either (i) that Defendants are liable in this action or (ii) that Plaintiffs have suffered any damage.

Dated: October 20, 2022

Respectfully submitted,

*David Leimbach*
_____
Frederic Dorwart, OBA No. 2436
Paul DeMuro, OBA No. 17605
Jared Burden, OBA No. 30026
David W. Leimbach, OBA No. 33310
FREDERIC DORWART, LAWYERS PLLC
Old City Hall Building
124 East Fourth Street
Tulsa, Oklahoma 74103
918-583-9922 – telephone
918-583-8251 – facsimile
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2022, I caused the foregoing Offer of Judgment to be sent to Plaintiffs' attorney of record by USPS mail and electronic mail at the following address:

>Brock Specht
>Ben Bauer
>NICHOLS KASTER, PLLP
>4700 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>bspecht@nka.com
>bbauer@nka.com

Dated:  October 20, 2022

*David Leimbach*
_____
David W. Leimbach