**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) Suzanne West,<br>(2) Alesia Garver, and<br>(3) Ivan Herrera,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>(1) BOKF, N.A.; and<br>(2) The Retirement Plan Committee of BOKF, N.A.,<br><br>　　　　　Defendants. | Case No. 4:20-CV-0101-CVE-SH |

## AGREED FINAL JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants BOKF, N.A. and The Retirement Plan Committee of BOKF, N.A offered, without admitting liability, to allow judgment on specified terms, and plaintiffs Suzanne West, Alesia Garver, and Ivan Herrera accepted defendants' offer (Dkt. # 86). The parties have agreed to the following terms:

　　　　1.　　Plaintiffs shall each individually recover the sum of ten thousand dollars ($10,000.00) from defendants, jointly and severally, for an aggregate total recovery of thirty thousand dollars ($30,000.00).

　　　　2.　　This Agreed Final Judgment shall fully and finally resolve all claims asserted by plaintiffs against defendants in this action, including all claims for attorneys' fees and costs of suit.

3.  This Agreed Final Judgment is not, and shall not be construed as, a finding either (i) that defendants were liable in this action or (ii) that plaintiffs suffered any damage.

4.  This is a final judgment terminating this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiffs Suzanne West, Alesia Garver, and Ivan Herrera and against defendants BOKF, N.A. and The Retirement Plan Committee of BOKF, N.A. jointly and severally in the total amount of $30,000, with $10,000 being paid to each plaintiff, plus post-judgment interest at the rate of 4.57 percent per annum.

**DATED** this 27th day of October, 2022.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

*/s/ David Leimbach*

Paul J. Lukas, MN#22084X*

Brock J. Specht, MN#0388343*

Ben Bauer, MN#0398853*

NICHOLS KASTER, PLLP

4700 IDS Center, 80 South 8th Street

Minneapolis, Minnesota 55402

Telephone: (612) 256-3200

lukas@nka.com

bspecht@nka.com

bbauer@nka.com

*appearing *pro hac vice*

-and-

HAMMONS, HURST & ASSOCIATES
Mark E. Hammons, Sr. OK Bar No. 3784
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
Telephone: 405-235-6100
mark@hammonslaw.com

*Attorneys for Plaintiffs*

Frederic Dorwart, OBA No. 2436
Paul DeMuro, OBA No. 17605
Jared Burden, OBA No. 30026
David W. Leimbach, OBA No. 33310
FREDERIC DORWART, LAWYERS PLLC
Old City Hall Building
124 East Fourth Street
Tulsa, Oklahoma 74103
Telephone: (918) 583-9922

*Attorneys for Defendants*